UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 20349
    ROBERT LEWIS
    LYNNE STEINKE                         CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-1737    SSN XXX-XX-3969
```

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/04/2008 and was confirmed 11/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 02/24/2009.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 2150.34 | .00 | .00 |
| BRONSON & KAHN | UNSECURED | 760.25 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 871.69 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 470.89 | .00 | .00 |
| CRAIG & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 2433.77 | .00 | .00 |
| HOUSEHOLD FINANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 6778.12 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 339.22 | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 835.13 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2662.15 | .00 | .00 |
| WELLS FARGO BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| LINDA GRUNBERGER | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 361.50 | .00 | 361.50 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 371.60 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 917.02 | .00 | .00 |
| WELLS FARGO BANK | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 140.32 | .00 | .00 |
| WELLS FARGO BANK NA | MORTGAGE ARRE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 594.40 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1615.02 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 231.52 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 195.62 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | ATTORNEY | 3500.00 | .00 | 1072.26 |
| ERNESTO D BORGES JR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 111.24 |
| DEBTOR REFUND | REFUND | | | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 08 B 20349 ROBERT LEWIS & LYNNE STEINKE

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       1,545.00

PRIORITY                                               361.50
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,072.26
TRUSTEE COMPENSATION                                   111.24
DEBTOR REFUND                                             .00
                          ---------------        ---------------
TOTALS                        1,545.00              1,545.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/26/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE